IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| v. | *   Case No.: RWT 10cr0654 |
| | * |
| **FRANESIOUR B. KEMACHE-WEBSTER,** | * |
| Defendant. | * |

## ORDER

Upon consideration of Defendant's Motion to Suppress [ECF No. 18], Defendant's Motion for Leave to Amend, Supplement, Withdraw or File Additional Motions [ECF No. 40], Defendant's Motion to Preclude Introduction of Unindicted Conduct [ECF No. 41], Defendant's Motion for Bill of Particulars [ECF No. 42], Defendant's Motion for Transfer [ECF No. 43], Defendant's Motion in Limine to Determine What Impeachables May Exist in the Event That Defendant Elects to Testify [ECF No. 44], Defendant's *Pro Se* Motion to Dismiss Indictment Due to Deprived of [*sic*] Right to Speedy Trial [ECF No. 48], Defendant's *Pro Se* Motion to Dismiss Indictment Due to Selective Prosecution [ECF No. 49], Defendant's *Pro Se* Motion *in limine* to Preclude Introduction of Evidence under R. 404(b) of Prior Relationship with Victim [ECF No. 50], the Government's Motion *in limine* to Exclude Prior Sexual History [ECF No. 59], Defendant's Motion for DNA Testing and to Continue Trial Until the Results are Received [ECF No. 61], the oppositions thereto, and the arguments of counsel at the hearing held before the undersigned on March 24, 2011, it is, for the reasons stated on the record, this 24th day of March, 2011, by the United States District Court for the District of Maryland,

**ORDERED** that Defendant's Motion to Suppress [ECF No. 18] is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion for Leave to Amend, Supplement, Withdraw or File Additional Motions [ECF No. 40] is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED**, that Defendant's Motion to Preclude Introduction of Unindicted Conduct [ECF No. 41] is **DENIED**; and it is further

**ORDERED**, that pursuant to Defense counsel's representation to the Court, Defendant's Motion for Bill of Particulars [ECF No. 42] is **WITHDRAWN**; and it is further

**ORDERED**, that Defendant's Motion for Transfer [ECF No. 43] is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion in Limine to Determine What Impeachables May Exist in the Event That Defendant Elects to Testify [ECF No. 44] is **DENIED**; and it is further

**ORDERED**, that Defendant's *Pro Se* Motion to Dismiss Indictment Due to Deprived of [*sic*] Right to Speedy Trial [ECF No. 48] is **DENIED**; and it is further,

**ORDERED**, that Defendant's *Pro Se* Motion to Dismiss Indictment Due to Selective Prosecution [ECF No. 49] is **DENIED**; and it is further

**ORDERED**, that Defendant's *Pro Se* Motion *in limine* to Preclude Introduction of Evidence under R. 404(b) of Prior Relationship with Victim [ECF No. 50] is **DENIED**; and it is further

**ORDERED**, that the Government's Motion *in limine* to Exclude Prior Sexual History [ECF No. 59] is **GRANTED**; and it is further

**ORDERED**, that Defendant's Motion for DNA Testing and to Continue Trial Until the Results are Received [ECF No. 61] **IS DENIED IN PART** with respect to Defendant's request to continue trial and **DEFERRED** in part with respect to Defendant's request for DNA testing.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
