IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       :

v.                             :   CRIMINAL NO. 10-RWT-654

FRANESIOUR B. KEMACHE-WEBSTER  :

....oooOooo...

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| *BOP – Bureau of Prisons* | | | | |
| BOP1 | Inmate Data for Bryan Webster | Runge | APR 19 2011 | APR 19 2011 |
| BOP2 | Inmate Center Report, E-mails | Runge | APR 19 2011 | APR 19 2011 |
| BOP3 | Inmate Center Report, Calls | Runge | APR 19 2011 | APR 19 2011 |
| | | | | |
| | | | | |
| *E-Emails* | | | | |
| E1 | E-mail from Webster to Nikki dated 5/6/10 at 11:59 am | Runge | APR 19 2011 | APR 19 2011 |
| E2 | E-mail from Webster to Nikki dated 5/10/10 at 1:14 pm | Runge | APR 19 2011 | APR 19 2011 |
| E3 | E-mail from Webster to Nikki dated 5/4/10 7:16 pm | Runge | APR 19 2011 | APR 19 2011 |
| E4 | E-mail from Webster to Nikki dated 5/10/10 at 9:46 pm | Runge | APR 19 2011 | APR 19 2011 |
| E5 | E-mail from Nikki to Webster dated 5/11/10 at 3:06 pm | Runge | APR 19 2011 | APR 19 2011 |
| E6 | E-mail from Webster to Nikki dated 5/11/10 at 7:50 pm | Runge | APR 19 2011 | APR 19 2011 |
| E7 | E-mail from Webster to Nikki dated 5/13/10 at 8:32 am | Runge | APR 19 2011 | APR 19 2011 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| E8 | E-mail from Webster to Nikki dated 5/13/10 at 2:31 pm | Runge | APR 19 2011 | APR 19 2011 |
| E9 | E-mail from Webster to Nikki dated 5/14/10 at 8:41 pm | Runge | APR 19 2011 | APR 19 2011 |
| E10 | E-mail from Webster to Nikki dated 5/15/10 at 12:29 pm | Runge | APR 19 2011 | APR 19 2011 |
| E11 | E-mail from Nikki to Webster dated 5/15/10 at 9:45 pm | ~~Runge~~ Withdrawn | APR 19 2011 | APR 19 2011 |
| E12 | E-mail from Webster to Nikki dated 5/16/10 at 2:06 pm | Runge | APR 19 2011 | APR 19 2011 |
| E13 | E-mail from Webster to Nikki dated 5/16/10 at 8:01 pm | Runge | APR 19 2011 | APR 19 2011 |
| E14 | E-mail from Webster to Nikki dated 5/16/10 at 9:46 pm | Runge | APR 19 2011 | APR 19 2011 |
| E15 | E-mail from Webster to Nikki dated 5/17/10 at 7:20 pm | Runge | APR 19 2011 | APR 19 2011 |
| E16 | E-mail from Webster to Nikki dated 5/08/10 at 6:28 am | Runge | APR 19 2011 | APR 19 2011 |
| E17 | E-mail from Webster to Nikki dated 5/19/10 at 12:54 pm | Runge | APR 19 2011 | APR 19 2011 |
| E18 | E-mail from Webster to Nikki dated 5/20/10 at 5:01 pm | Runge | APR 19 2011 | APR 19 2011 |
| E19 | E-mail from Webster to Nikki dated 5/20/10 at 9:30 pm | Runge | APR 19 2011 | APR 19 2011 |
| E20 | E-mail from Webster to Nikki dated 5/21/10 at 8:23 am | Runge | APR 19 2011 | APR 19 2011 |
| E21 | Email from Webster to Nikki dated 5/16/10 at 9:00 pm | | APR 19 2011 | APR 19 2011 |
| E22 | E-mail from Webster to Nikki dated 5/24/10 at 7:27 pm | Runge | APR 19 2011 | APR 19 2011 |
| E23 | E-mail from Webster to Nikki dated 5/24/10 at 9:20 pm | Runge | APR 19 2011 | APR 19 2011 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| E24 | E-mail from Webster to Nikki dated 5/26/10 at 6:49 pm | Runge | APR 19 2011 | APR 19 2011 |
| E25 | E-mail from Webster to Nikki dated 5/26/10 at 8:49 pm | Runge | APR 19 2011 | APR 19 2011 |
| E26 | E-mail from Webster to Nikki dated 6/5/10 at 9:45 am | Runge | APR 19 2011 | APR 19 2011 |
| E27 | E-mail from Webster to Nikki dated 6/5/10 at 6:22 pm | Runge | APR 19 2011 | APR 19 2011 |
| E28 | E-mail from Webster to Nikki dated 6/7/10 at 7:31 pm | Runge | APR 19 2011 | APR 19 2011 |
| E29 | E-mail from Webster to Nikki dated 6/7/10 at 8:35 pm | Runge | APR 19 2011 | APR 19 2011 |
| E30 | E-mail from Webster to Nikki dated 6/8/10 at 2:24 pm | Runge | APR 19 2011 | APR 19 2011 |
| E31 | E-mail from Webster to Nikki dated 6/17/10 at 9:48 pm | Runge | APR 19 2011 | APR 19 2011 |
| E32 | E-mail from Webster to Nikki dated 6/18/10 at 3:29 pm | Runge | APR 19 2011 | APR 19 2011 |
| E33 | E-mail from Webster to Nikki dated 6/19/10 at 9:34 am | Runge | APR 19 2011 | APR 19 2011 |
| E34 | E-mail from Webster to Nikki dated 6/21/10 at 12:53 pm | Runge | APR 19 2011 | APR 19 2011 |
| E35 | E-mail from Webster to Nikki dated 6/23/10 at 8:57 pm | Runge | APR 19 2011 | APR 19 2011 |
| E36 | E-mail from Webster to Nikki dated 6/24/10 at 12:35 pm | Runge | APR 19 2011 | APR 19 2011 |
| E37 | E-mail from Webster to Nikki dated 6/24/10 at 7:26 pm | Runge | APR 19 2011 | APR 19 2011 |
| E38 | E-mail from Webster to Nikki dated 6/24/10 at 9:26 pm | Runge | APR 19 2011 | APR 19 2011 |
| E39 | E-mail from Webster to Nikki dated 6/25/10 at 9:51 pm | Runge | APR 19 2011 | APR 19 2011 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| E40 | E-mail from Nikki to Webster dated 6/27/10 at 5:41 pm | Runge | APR 19 2011 | APR 19 2011 |
| E41 | E-mail from Webster to Nikki dated 6/22/10 at 4:58 pm | Runge | APR 19 2011 | APR 19 2011 |
| E42 | E-mail from Webster to Nikki dated 7/1/10 at 7:37 pm | Runge | APR 19 2011 | APR 19 2011 |
| E43 | E-mail from Webster to Nikki dated 7/2/10 at 8:23 pm | Runge | APR 19 2011 | APR 19 2011 |
| E44 | E-mail from Webster to Nikki dated 7/3/10 at 11:06 am | Runge | APR 19 2011 | APR 19 2011 |
| E45 | E-mail from Webster to Nikki dated 7/3/10 at 5:16 pm | Runge | APR 19 2011 | APR 19 2011 |
| E46 | E-mail from Webster to Nikki dated 7/5/10 at 12:35 pm | Runge | APR 19 2011 | APR 19 2011 |
| E47 | E-mail from Webster to Nikki dated 7/5/10 at 5:03 pm | Runge | APR 19 2011 | APR 19 2011 |
| E48 | E-mail from Webster to Nikki dated 7/9/10 at 6:55 pm | Runge | APR 19 2011 | APR 19 2011 |
| E49 | E-mail from Webster to Nikki dated 8/3/10 at 5:50 pm | Runge | APR 19 2011 | APR 19 2011 |
| E50 | E-mail from Webster to Nikki dated 8/3/10 at 5:55 pm | Runge | APR 19 2011 | APR 19 2011 |
| E51 | E-mail from Webster to Nikki dated 8/15/10 at 5:49 pm | Runge | APR 19 2011 | APR 19 2011 |
| E52 | E-mail from Webster to Nikki dated 8/15/10 at 9:49 pm | Runge | APR 19 2011 | APR 19 2011 |
| E53 | Email from Webster to Nikki dated 8/17/10 at 5:01 pm | | APR 19 2011 | APR 19 2011 |
| | | | | |
| | *L-Letters* | | | |
| L1 | Letter dated May 13, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |

4

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| L2 | Letter dated May 14, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L3 | Letter dated May 26, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L4 | Letter dated June 1, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L5 | Letter dated June 6, 2010 from Nikki to Webster | | APR 20 2011 | APR 20 2011 |
| L6 | Letter dated June 28, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L7 | Photos of Webster dated July 4, 2010 | | APR 20 2011 | APR 20 2011 |
| L8 | Letter dated July 23, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L9 | Letter dated July 27, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L10 | Letter dated August 11, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L11 | Letter dated August 18, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L12 | Letter dated August 24, 2010 from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| L13 | Letter from Nikki - undated | | APR 20 2011 | APR 20 2011 |
| L14 | Tissue with scent sent to Nikki | | APR 20 2011 | APR 20 2011 |
| | | | | |
| C-Calls | | | | |
| C1 | CD containing BOP calls from Webster to Nikki | Runge | APR 19 2011 | APR 19 2011 |
| C1a | CD containing BOP calls from Webster to Nikki, with transcripts | | APR 19 2011 | |
| C1b | Printed Transcripts of BOP Calls | | APR 20 2011 | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| C2 | CD containing CTF call from Webster to Nikki | | APR 20 2011 | APR 20 2011 |
| C2a | CD containing CTF call from Webster to Nikki, with transcript | | APR 20 2011 | |
| C2b | Printed Transcripts of CTF Calls | | APR 20 2011 | |
| | | | | |
| | | | | |
| | **R - Records** | | | |
| R1 | Certificate of Marriage | | APR 20 2011 | APR 20 2011 |
| R2 | Certificate of Live Birth – Nikki | | APR 20 2011 | APR 20 2011 |
| R3 | Judgment of Absolute Divorce | | APR 20 2011 | APR 20 2011 |
| | | | | |
| | **PC - Prior Convictions** | | | |
| PC1 | Certified conviction of Brian Webster for 82-11087-CF | | | |
| PC2 | Certified convictions of [Bryan Webster] for 83-3456-58 & 83-19-20-CF | | | |
| PC3 | Certified conviction of [Bryan Webster] for 00617603D0 | | | |
| PC4 | Certified conviction of Bryan Kemach Webster, Sr. for 52274C | | | |
| PC5 | Certified conviction of Bryan Kemach Webster for 52276 | | | |
| PC6 | Certified conviction of Bryan Kemooch Webster for 53156C | | | |
| PC7 | Certified conviction of [Bryan Webster] for 642037D4 | | | |
| PC8 | Certified conviction of [Bryan Kemach] Webster for 638092D0 | | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| PC9 | Certified conviction of Bryan Kemach Webster for 60475 & 60476 | | | |
| PC10 | Certified conviction of Francsiour Kemach-Webster, a/k/a Frank B. Webster, for CR90001226 | | | |
| PC11 | Certified conviction of [Bryan Kemach Webster] for GC9005709-01 | | | |
| PC12 | Certified conviction of [Bryan Kemach Webster] for 72103C | | | |
| PC13 | Certified conviction of Francsiour Kamache-Webster, Brian Webster, a/k/a Bryan Webster, a/k/a Bryann Webster, for CR960025 | | | |
| PC14 | Certified conviction of Brian Bryamnn Webster, for 961047 | | | |
| PC15 | Certified conviction of [Bryan Kemach Webster] for 5D00067310 | | | |
| PC16 | Certified conviction of [Bryan Kemach Webster] for GC01005586-00 | | | |
| PC17 | Certified conviction of Bryan K. Webster for 2009-CF2-019166 | | | |
| | *SC - Summary Charts* | | | |
| SC1 | Total Emails | Loughlin | APR 1 9 2011 | APR 1 9 2011 |
| SC2 | References to Body Parts | Loughlin | APR 1 9 2011 | APR 1 9 2011 |
| SC3 | Preparing for Future Sexual Activity | Loughlin | APR 1 9 2011 | APR 1 9 2011 |
| SC4 | Father/Daughter Relationship | Loughlin | APR 1 9 2011 | APR 1 9 2011 |
| SC5 | References to Marriage | Loughlin | APR 2 0 2011 | APR 2 0 2011 |
| SC6 | References to Planned Baby | Loughlin | APR 2 0 2011 | APR 2 0 2011 |

7

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| *M - Miscellaneous Items* | | | | |
| M1 | Motion in Limine | | | |
| M2 | Motion to Dismiss Indictment Due to Selective Prosecution | | | |
| M3 | Correspondence from Webster, dated March 15, 2011 | | | |
| M4 | Motion to Appoint Counsel With Withdrawal of Counsel of Record | | | |
| M5 | Motion to Dismiss Indictment Due to Deprived of Right to Speedy Trial | | | |
| M6 | Correspondence dated March 15, 2010 to U.S. Attorney's Office | | | |
| M7 | Photo of Nikki - undated | | APR 20 2011 | APR 20 2011 |
| M8 | Stipulation by Govt. and Def. that Nikki is biological child of defendant | Govt. and Def. | APR 19 2011 | APR 19 2011 |
| M9 | Stipulation re: Defendant's incarceration | | APR 21 2011 | APR 21 2011 |